IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERRELL MOSES AND ASHLE WILSON, *Individually and on behalf of all others similarly situated* <br><br> Plaintiffs, <br><br> v. <br><br> NISSAN OF NORTH AMERICA, INC. AND NISSAN MOTOR CO. LTD., <br><br> Defendant. | NO. 3:22-cv-00448 <br><br> JUDGE RICHARDSON |

## ORDER

Plaintiffs have filed a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which provides for self-effectuating dismissal of an entire action if the opposing party has not yet filed an answer or motion for summary judgment. (Doc. No. 20). Because neither an answer nor a motion for summary judgment have been filed in this action, the stipulation sufficed to dismiss this action without any action on the part of the Court. Because the stipulation states that dismissal shall be without prejudice, dismissal is in fact without prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED without prejudice**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE